UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRITTANIE MCGEE,

       Plaintiff,

 v.

BLACKROCK, INC.,

       Defendants.
-------------------------------------------------------------- X

No. 1:21-CV-00757 (VSB)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

 **IT IS HEREBY** stipulated and agreed by and between the undersigned, counsel for Plaintiff Brittanie McGee and counsel for Defendant BlackRock, Inc. ("Defendant") that the Complaint and all claims asserted against Defendant in the above-captioned matter are dismissed with prejudice and without costs, expenses or attorneys' fees being awarded to any party.

| | |
|---|---|
| **WIGDOR LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| */s/ Alfredo Pelicci* | */s/ Lisa Lupion* |
| Valdi Licul | Lisa Lupion |
| Renan F. Varghese | |
| Alfredo J. Pelicci | |
| | 51 West 52nd Street |
| 85 Fifth Avenue | New York, NY 10019 |
| New York, NY 10003 | Telephone: (212) 506-5078 |
| Telephone: (212) 257-6800 | Facsimile:  (212) 206-5151 |
| Facsimile:  (212) 257-6845 | llupion@orrick.com |
| vlicul@wigdorlaw.com | |
| rvarghese@wigdorlaw.com | |
| apelicci@wigdorlaw.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: June 25, 2021 | Dated:  July 1     , 2021 |

So Ordered,

_____
International Trade Judge
Timothy M. Reif

1